# MEMORANDUM DECISIONS.

ACORD et al. v. WESTERN POCAHONTAS CORPORATION. (Circuit Court of Appeals, Fourth Circuit. November 4, 1909.) No. 818. Appeal from the Circuit Court of the United States for the Southern District of West Virginia, at Charleston. Arthur English, for appellants. J. Lewis Bumgardner (Simms, Enslow, Fitzpatrick & Baker, and Vinson & Thompson, on the brief), for appellee. Before GOFF and PRITCHARD, Circuit Judges, and BOYD, District Judge.

PER CURIAM. The record and the briefs of counsel, as well as the oral arguments, have been carefully considered in connection with the many authorities cited, with the result that this court is impelled to the conclusion reached by the court below. The case is fully stated, and the law applicable to the questions involved is correctly and clearly announced, in the thorough and able opinion of the court below. 156 Fed. 989. With that opinion we are in full accord. There is no error in the decree appealed from. Affirmed.

BLACK & LAIRD, Limited, v. ADAMS. (Circuit Court of Appeals, Fifth Circuit. February 8, 1910.) No. 1,905. In Error to the Circuit Court of the United States for the Eastern District of Louisiana. Wm. C. Dufour, Lamar C. Quintero, Philip S. Gidiere, and E. D. Saunders, for plaintiff in error. Henry L. Lazarus and Eldon S. Lazarus, for defendant in error. Before PARDEE, McCORMICK, and SHELBY, Circuit Judges.

PER CURIAM. None of the assignments of error are well taken. See Sternenberg et al. v. Mailhos et ux., 99 Fed. 43, 39 C. C. A. 408, and cases there cited. The judgment of the Circuit Court is affirmed.